UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 06-540M |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| CHRISTOPHER LOWELL HAMILTON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:

Possession of Stolen Mail

<u>Date of Detention Hearing</u>:   January 9, 2007

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Defendant is charged by Complaint with breaking into the mailboxes and stealing

01 mail, including a box of checks which were later fraudulently used to make purchases.

02       2.       Defendant was not interviewed by Pretrial Services. He was born in Idaho. His
03 criminal record includes warrant activity, multiple forgery and identity theft charges, possession
04 of stolen property, and a controlled substance violation. Defendant was on supervision by the
05 Washington State Department of Corrections at the time of arrest. There is little other available
06 information about his personal history, residence, family ties, ties to this District, income, financial
07 assets or liabilities, physical/mental health or controlled substance use if any.

08       3.       Defendant does not contest detention.

09       4.       Defendant poses a risk of nonappearance because of unknown background and ties
10 to this district, and a history of failing to appear for hearings. He poses a risk of danger due to
11 criminal history and the nature of the instant offense.

12       5.       There does not appear to be any condition or combination of conditions that will
13 reasonably assure the defendant's appearance at future Court hearings while addressing the danger
14 to other persons or the community.

15 It is therefore ORDERED:

16       (1)   Defendant shall be detained pending trial and committed to the custody of the
17             Attorney General for confinement in a correction facility separate, to the extent
18             practicable, from persons awaiting or serving sentences or being held in custody
19             pending appeal;

20       (2)   Defendant shall be afforded reasonable opportunity for private consultation with
21             counsel;

22       (3)   On order of a court of the United States or on request of an attorney for the

01     Government, the person in charge of the corrections facility in which defendant is

02     confined shall deliver the defendant to a United States Marshal for the purpose of

03     an appearance in connection with a court proceeding; and

04 (4) The clerk shall direct copies of this Order to counsel for the United States, to

05     counsel for the defendant, to the United States Marshal, and to the United States

06     Pretrial Services Officer.

07 DATED this <u>9th</u> day of January, 2007.

                                                               */s/ Mary Alice Theiler*
                                                               Mary Alice Theiler
                                                               United States Magistrate Judge

DETENTION ORDER                                                         15.13
18 U.S.C. § 3142(i)                                                  Rev. 1/91
PAGE 3